# G. N. Nelson, Appellee, v. The Hemlandet Company, Appellant.

## Gen. No. 21,370.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed October 18, 1916.

### Statement of the Case.

Action by G. N. Nelson, plaintiff, against the Hemlandet Company, defendant, to recover damages for the breach of a contract of employment of the plaintiff by the defendant. From a judgment for plaintiff, defendant appeals.

O. D. OLSON, for appellant.

BROTHERS & MILLS, for appellee; ELMER D. BROTHERS, of counsel.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 50*—*when evidence sufficient to show wrongful discharge of servant.* In an action to recover damages for the breach of a contract of employment of the plaintiff by the defendant, where the latter contended that the plaintiff was rightfully discharged on account of incompetency, inefficiency and indolence, *held* that a verdict for the plaintiff was not manifestly against the weight of evidence.

2. MASTER AND SERVANT, § 42*—*when action lies for breach of contract of employment.* In an action to recover damages for the breach of a contract of employment of the plaintiff by the defendant, *held* that the defendant's contention that the action was to recover salary and commissions, on the theory that the contract was still in force, was untenable, the action being one for breach of contract.

3. MASTER AND SERVANT, § 52*—*what is measure of damages of for breach of contract of employment.* In an action for damages for breach of a contract of employment by an employer, both damages already accrued and that might thereafter accrue up to the time of the trial may be recovered.